UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JOAN SPENCER−RUPER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MY MIXTAPEZ, INC., et al.,<br><br>Defendants. | **CASE NO. 8:20−cv−00619−DOC−ADS**<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT FINAL JUDGMENT [30] [32]**<br><br>**Hon. David O. Carter** |

**THIS CAUSE** is before the Court upon Plaintiff's Motion For Default Final Judgment AGAINST Defendants, MY MIXTAPEZ, INC. D/B/A MY MIXTAPEZ, DUENAS MOBILE APPLICATIONS LLC D/B/A VUZIQ, AND D/B/A MY MIXTAPEZ, JUAN CARLOS DUEÑAS, RICKY DUEÑAS, AND DANNY DUEÑAS (hereinafter "Defendants") [D.E. XX]. As part of Plaintiff's motion, she makes the following requests:

    a. Enter an Order declaring that Plaintiff is entitled to a Final Judgment in the amount of $5,179.25, against MY MIXTAPEZ, INC. D/B/A MY MIXTAPEZ, DUENAS MOBILE APPLICATIONS LLC D/B/A

VUZIQ, AND D/B/A MY MIXTAPEZ, JUAN CARLOS DUEÑAS, RICKY DUEÑAS, AND DANNY DUEÑAS, jointly and severally, for their willful violation of the TCPA;

b. Enter a Final Judgment in favor of Plaintiff against Defendants, MY MIXTAPEZ, INC. D/B/A MY MIXTAPEZ, DUENAS MOBILE APPLICATIONS LLC D/B/A VUZIQ, AND D/B/A MY MIXTAPEZ, JUAN CARLOS DUEÑAS, RICKY DUEÑAS, AND DANNY DUEÑAS, jointly and severally, in the amount of $5,179.25; and,

c. To retain jurisdiction over the parties and the subject matter to enforce the terms of this Final Judgment, including the award of execution costs.

**Default Judgment Standard**

Rule 55(a) of the Federal Rules of Civil Procedure states that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Once this has occurred, "the party must apply to the court for a default judgment." Fed. R. Civ. P. 55(b)(2). The clerk's entry of default causes all well-pleaded allegations of fact to be deemed admitted. *See Danning v. Lavine*, 572 F.2d 1386, 1388 (9th Cir. 1978). The Court must accept these facts as true and determine whether they state a claim upon which relief may be granted. *See Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986); *PepsiCo, Inc. v. California Sec. Cans*, 238 F. Supp. 2d 1172, 1175 (C.D. Cal. 2002).

///

///

## Discussion

Due to the Defendants' failure to participate in this lawsuit a Default Judgement as to liability was entered against them on July 1, 2020. [ECF No. 25].

The facts alleged in the Complaint, which the Court accepts as true, state a cause of action pursuant to the Telephone Consumer Protection Act of 1991 ("TCPA"), Pub. L. No. 102-243, 105 Stat. 2394 (1991) (codified at 47 U.S.C. § 227) and the rules prescribed under it by the FCC. Based on the uncontested pleading and the Court's review of the affidavits and text messages filed with the Court, the Court finds that the Defendants willfully sent 3 unsolicited text advertisements to Plaintiff.

As a result of the Defendants' willfully sending 3 unsolicited text advertisements to Plaintiff, Plaintiff is entitled to statutory damages of $1,500 per text, totaling $4,500 in statutory damages. In addition to the statutory damages, Plaintiff is entitled to $679.25 in taxable costs incurred in pursuing this action. Additionally, as sanction to the Defendants, the Court awards $462 in attorneys' fees and costs in the amount of $538. The total amount of fees and costs is $1000.

Accordingly, a Final Judgment will be entered against Defendants, MY MIXTAPEZ, INC. D/B/A MY MIXTAPEZ, DUENAS MOBILE APPLICATIONS LLC D/B/A VUZIQ, AND D/B/A MY MIXTAPEZ, JUAN CARLOS DUEÑAS, RICKY DUEÑAS, AND DANNY DUEÑAS, jointly and severally, and in favor of Plaintiff, STEVEN MITCHEL, for a total amount of $5,139.25, which bears interest at the highest statutory rate. The Court finds good cause and supports granting Plaintiff the requested relief. Accordingly, it is hereby **ORDERED AND ADJUDGED** that Plaintiff's Motion for Entry of Default Final Judgment Against Defendants, MY MIXTAPEZ, INC. D/B/A MY MIXTAPEZ, DUENAS MOBILE APPLICATIONS LLC D/B/A VUZIQ, AND D/B/A MY

1  MIXTAPEZ, JUAN CARLOS DUEÑAS, RICKY DUEÑAS, AND DANNY
2  DUEÑAS, jointly and severally, is GRANTED. A Final Judgment shall be entered
3  in Plaintiff's favor against Defendants in an amount of $5,179.25 that shall bear
4  interest at the highest statutory rate.

6  IT IS SO ORDERED.

Date: November 10, 2020          _____
                                 Honorable David O. Carter
                                 United States District Court Judge