JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JOAN SPENCER−RUPER, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MY MIXTAPEZ, INC., et al., <br><br> Defendants. | **CASE NO. 8:20−cv−00619−DOC−ADS** <br><br> **FINAL DEFAULT JUDGMENT [30] [32]** <br><br> **Hon. David O. Carter** |

THIS CAUSE came before the Court upon Plaintiff's Motion for Default Final Judgment Against Defendants, MY MIXTAPEZ, INC. D/B/A MY MIXTAPEZ, DUENAS MOBILE APPLICATIONS LLC D/B/A VUZIQ, AND D/B/A MY MIXTAPEZ, JUAN CARLOS DUEÑAS, RICKY DUEÑAS, AND DANNY DUEÑAS, jointly and severally, and the Court, having reviewed the file, and being otherwise duly advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1. Plaintiff, JOAN SPENCER−RUPER, shall recover from Defendants, MY MIXTAPEZ, INC. D/B/A MY MIXTAPEZ, DUENAS MOBILE

APPLICATIONS LLC D/B/A VUZIQ, AND D/B/A MY MIXTAPEZ, JUAN CARLOS DUEÑAS, RICKY DUEÑAS, AND DANNY DUEÑAS, jointly and severally, an amount of $5,179.25, that shall bear interest at the highest statutory rate.

2. This Court shall retain jurisdiction over the parties and the subject matter to enforce the terms of this Final Judgment, including the award of execution and interest costs.

It is so ORDERED.

Date: November 10, 2020   _____
Honorable David O. Carter
United States District Court Judge